IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN WILLIAMS,<br><br>    Petitioner,<br><br>vs.<br><br>ANTHONY HEDGPETH, Warden,<br><br>    Respondent. | No. C 09-1803 CRB (PR)<br><br>ORDER OF TRANSFER |

    Petitioner seeks federal habeas review of a conviction from Los Angeles County Superior Court, which lies within the venue of the Central District of California, Western Division. See 28 U.S.C. § 84(c)(2). Petitioner is incarcerated at Salinas Valley State Prison in Monterey County, which lies within the venue of this court. See id. § 84(a).

    Venue is proper in a habeas action in either the district of confinement or the district of conviction, see id. § 2241(d); however, petitions challenging a conviction preferably are heard in the district of conviction. See Habeas L.R. 2254-3(a); Dannenberg v. Ingle, 831 F. Supp. 767, 767 (N.D. Cal. 1993).

    Because Los Angeles County lies in the Central District of California, Western Division, the court ORDERS that pursuant to 28 U.S.C. § 1404(a) and Habeas Local

1  Rule 2254-3(b), and in the interest of justice, this petition be TRANSFERRED to the
2  United States District Court for the Central District of California, Western Division.
3      The clerk shall transfer this matter and terminate all pending motions as moot.
4  SO ORDERED.
5  DATED:  April 29, 2009  _____
                              CHARLES R. BREYER
6                                United States District Judge

G:\PRO-SE\CRB\HC.09\Williams, M1.transfer.wpd

2