WILLIAMS V. HEDGEPATH

Case 2:09-cv-03122-SGL-VBK   Document 26   Filed 10/13/2009   Page 1 of 4

FILED
CLERK, U.S. DISTRICT COURT
OCT 13 2009
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

OPPOSITION:

I AM THE PETITIONER WILLIAMS, MELVIN CASE # CV-09-03122 SGL VBK. I PLED GUILTY TO COUNT (02) PETTY THEFT WITH PRIORS, AND ADMIT TO COUNT (01) BUT NO RECALL- ING OF A PLEA OF GUILTY. TO MY DEFENSE I HEREBY CALL INTO QUESTION THE RELIABILITY OF PROOF OF GUILT ON THE GROUND THAT THERE WAS INSUFFICIENT EVIDENCE TO SUPPORT THE CONVICTION. TO ADD, THE COURTS GAVE ME A STRIKE FOR A MISDEMEANOR CASE, WHERE VICTIMS RECEIVED NO INJURIES, NON VIOLENT, NOR SERIOUS CRIMES.

A PETITION MAY HAVE BEEN PROPERLY FILED EVEN IF THE STATE COURTS EVENTUALLY FIND THAT THE CLAIMS ARE PROCEDURALLY BARRED.

FOR PENAL CODES SECTION 1170.12 AND SECTION 667 (b) THROUGH (i), SHOULD BE DISMISSED, WHICH SHOULD GIVE ME THE 355 DAYS IN THE COUNTY JAIL, LOS ANGELES, ON EX- HIBIT A SHOWS A YEAR OF MY TIME OFF FROM THE 6 YEARS IMPRISONMENT.

I DIDN'T APPEAL AFTER I WAS SENTENCED BECAUSE I DIDN'T KNOW I WAS SENTENCED. AND I DIDN'T KNOW THE STEPS OF APPEALING UNTIL EARLY 2009 FROM ANOTHER INMATE THAT IS INTO PETITIONS. I ADMITTED TO THE "PRIOR" BUT IT WAS PETTY THEFT (MISDEMEANOR) AND IT WAS A NON VIOLENT CRIME, WHERE VICTIMS RECE- IVED NO INJURIES ON THE MOVE. THIS IS A NON CAPITAL CASE; THE AEDPA DEADLINE DOES NOT START RUNNING UNTIL THE PETITION IS DENIED, THERE IS NO "BRIGHT LINE" RULE ABOUT HOW MUCH DELAY IS "UNREASONABLE", THEN JUDGEMENT BECOMES FINAL AND THE CLOCK START RUNNING EITHER 40 OR 60 DAYS AFTER THE COURT OF APPEAL DECISION.

I was already transfered from the Los Angeles County Jail into CDC on May 16, 2005 before the conviction became final. I was supposed to get released February 2005 on a court order, N.CC.O. custody. I have a mental illness to where I forget, get confused, and smoke drugs. To add, I have a lack of education I didnt know the steps of appealling.

To the courts of appeals there was no reason why my petition was denied, they gave me a postcard denial, Exhebit B. Thats why I forwarded the petition to the District Court Northern Division. Then they transfered it to the Western Division, such a denial has been presumed to be on the merits of the issues raised in the petition. To add, there was a procedural default due to ineffective assitance of counsel or some factor beyond the petitioners control. There was, or are no other indications that the state courts will change their opinion.

CONCLUSION:

I call for a prayer to release from prison, for time spent in custody at the Los Angeles County Jail. And by order dismiss the strike against me for count (02) petty theft with a "prior", because of misdemeanor cases, where victims recieved no injuries, non violent, nor serious crimes thank you.

10-6-09

WILLIAMS, MELVIN
x /s/ m. willi

EXHIBIT A

CASE NO. TA076001								PAGE NO.   7
DEF NO.  01								DATE PRINTED 04/16/09

   SECTION 1202.45 OF THE PENAL CODE PENDING A FUTURE PAROLE
   REVOCATION. SAID FINE(S) ARE TO BE COLLECTED BY THE CALIFORNIA
   DEPARTMENT OF CORRECTIONS PURSUANT TO SECTION 2085.5 PENAL
   CODE.
-X188085; BOOKING #8392423

THE DEFENDANT IS GIVEN CREDIT FOR 355 DAYS IN CUSTODY.
(301 DAYS ACTUAL CUSTODY AND 54 DAYS GOOD TIME/WORK TIME.)

SENTENCE IS TO RUN CONCURRENTLY WITH CASE BA276100.
DMV ABSTRACT NOT REQUIRED
NEXT SCHEDULED EVENT:
   PROCEEDINGS TERMINATED

EXHIBIT B

# IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

## SECOND APPELLATE DISTRICT

## DIVISION TWO

| | |
|---|---|
| In re MELVIN WILLIAMS, <br><br> On Habeas Corpus. | B216069 <br><br> (Super. Ct. No. BH276100) <br><br> **ORDER** |

THE COURT:

The court has read and considered the petition for writ of habeas corpus filed May 14, 2009. The petition is DENIED.

COURT OF APPEAL - SECOND DIST.
FILED
MAY 26 2009
JOSEPH A. LANE, Clerk
J. GUZMAN, Deputy Clerk

_____    _____    _____
DOI TODD, Acting P. J.         ASHMANN-GERST, J.              CHAVEZ, J.