UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-03122-AHM (VBK) | Date | November 18, 2009 |
|---|---|---|---|
| Title | Melvin Williams v. Hedgepeth | | |

| Present: The Honorable | Victor B. Kenton, United States Magistrate Judge | | |
|---|---|---|---|
| Roxanne Horan | | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: | |
| None Present | | None Present | |

**Proceedings:**         **(IN CHAMBERS)**

On October 23, 2009, the Court issued a Report and Recommendation recommending that the Petition be dismissed on the grounds it was untimely.

On November 10, 2009, Petitioner filed a document with the Court contending that he is entitled to equitable tolling due to his mental illness.

In Laws v. LaMarque, 351 F.3d 919 (9th Cir. 2003), the Ninth Circuit held that where a habeas petitioner's mental incompetence causes him to fail to meet the AEDPA filing deadline, the delay is caused by an extraordinary circumstance beyond his control and the deadline should be equitably tolled.

The Court **HEREBY ORDERS** Respondent to promptly order and obtain Petitioner's medical records from 2005 through the present in order to more fully develop the record as to Petitioner's equitable tolling claim. Respondent is **ORDERED** to lodge a copy of the medical records with the Court in an expeditious fashion. Within 30 days of receipt of Petitioner's medical records, Respondent should file a brief with the Court indicating whether Respondent contends that additional expansion of the record is necessary pursuant to the Rules Governing Habeas Corpus, Rules 6 through 8. If Respondent contends that the record is adequate, Respondent may also at that time file an Opposition to Petitioner's equitable tolling claim. The Court will then take the matter under submission.

                                                                                        :
                                    Initials of Preparer         RH