UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-03122-AHM (VBK) | Date | January 5, 2010 |
|---|---|---|---|
| Title | Melvin Williams v. Hedgepeth | | |

| Present: The Honorable | Victor B. Kenton, United States Magistrate Judge | |
|---|---|---|
| Roxanne Horan | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**     **(IN CHAMBERS)**

The Court has reviewed its own files and records and notes that Respondent has not lodged Petitioner's medical records with the Court.

The Court **HEREBY ORDERS** Respondent to file a Status Report within 30 days of the date of this Minute Order updating the Court regarding the status of lodging Petitioner's medical records.

|  | : |
|---|---|
| Initials of Preparer | RH |